# United States District Court



**SOUTHERN DISTRICT OF MISSISSIPPI**

GARY S. MANN
Chief Probation Officer

JACKSON OFFICE
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: __JACKSON__

HATTIESBURG OFFICE
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

GULFPORT OFFICE
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

November 20, 2006



RECEIVED
NOV 21 2006
TOM S. LEE
U.S. DISTRICT JUDGE

Honorable Tom S. Lee
United States District Judge
Southern District of Mississippi
245 East Capitol Street, Suite 110
Jackson, Mississippi 39201

RE: **MATTIRE, Florence**
Docket No: 3:01cr99TSL-001
**REQUESTING COURT INSTRUCTION/
TERM OF PROBATION EXPIRES
NOVEMBER 29, 2006**

Dear Judge Lee:

    The above-named offender was sentenced by Your Honor, November 30, 2001, after pleading guilty to Failure to Disclose Information for Social Security Benefits. Mattire was sentenced to five (5) years probation with the sole special condition that she not obtain any new credit without permission, and provide any financial information requested by the supervising U.S. Probation Officer. The Court ordered Mattire to pay restitution in the amount of $17,103.50. She is scheduled to expire November 29, 2006.

    The offender was originally ordered to pay the restitution at a rate of not less than $100.00 per month, to begin sixty (60) days after her release from prison. Since the start of probation, Mattire has remained compliant with the rules of supervision and has done an exceptional job paying toward her restitution. She has been employed with the Wilkinson County Nursing Home for over six years, and the management there are very pleased with her work performance.

    As of this writing the offender has a current balance of $10,303.50. This officer respectfully recommends the Court allow Mattire's probation to expire November 29, 2006, as scheduled, with any remaining restitution balance to be monitored by the U.S. Attorney's Financial Litigation Unit (FLU).

RE: MATTIRE, Florence
Docket No: 3:01cr99TSL-001
REQUESTING COURT INSTRUCTION/
PROBATION EXPIRES NOVEMBER 29, 2006
PAGE 2 OF 2

Please advise if Your Honor concurs with this plan or if the Court wishes another course of action. Please mark the appropriate statement below and file with the Clerk of Court.

Respectfully submitted,

Chris Counts
U.S. Probation Officer

Reviewed and Approved:

Martha S. Gardner, Supervising
U.S. Probation Officer

__X__   The Court allows Florence Mattire's probation to expire, as scheduled, on November 29, 2006, with the United States Attorney's Financial Litigation Unit monitoring and collecting any remaining restitution balance.

_____   The Court wishes an alternative plan of action as follows:

_____

_____

Dated this the 21st day of November, 2006.

Tom S. Lee
Senior United States District Judge